**Electronically Filed**
**Supreme Court**
**SCWC-11-0000121**
**07-AUG-2014**
**12:04 PM**

SCWC-11-0000121

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

———————————————————————————

ROMOLO B. SILVA, Petitioner/Plaintiff-Appellant,

vs.

STATE OF HAWAI'I, Respondent/Defendant-Appellee.

———————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000121; CIVIL NO. 09-1-2264)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson JJ.)

Petitioner/Plaintiff-Appellant Romolo B. Silva's Application for Writ of Certiorari, filed on June 27, 2014, is hereby rejected.

DATED: Honolulu, Hawai'i, August 7, 2014.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

